IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY L. SLY,

    Plaintiff,

v.                                          CASE NO. 5:09cv377-SPM/MD

CHIEF PHILIP THORNE,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated December 18, 2009. Doc. 12. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1]

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

---

[1] The Court has reviewed Plaintiff's "Motion of Apology" (doc. 13), which is not responsive to the report and recommendation and instead contains Plaintiff's apology for not including all required information in the signature block of his filings.

2. This case is dismissed without prejudice as a sanction for Plaintiff's failure to disclose his prior cases and pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

DONE AND ORDERED this 21st day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge